IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | | |
|---|---|---|
| ANTRON TALLEY, | ) | |
| Plaintiff, | ) ) ) | 2:14-CV-01411-CRE |
| vs. | ) ) | |
| MR. ORLANDO H. HARPER, WARDEN; MR. EMERICK, DEPUTY WARDEN; MRS. ROBIN DEVAUGHN, MEDICAL SUPER.; MARIA BETH LONG, NURSE; MRS. CARLA IVAN, NURSE; MR. RUBBLE, SERGEANT; MR. RAIBLE, (CERT) SGT.; MR. ARLOTTA, CORRECTION OFF.; MR. BROJOVICH, CORRECTION OFF.; MR. ZOLLER, CORRECTION OFF.; MR. BUTLER, CORRECTION OFF.; AND CORRECTION'S EMERGENCY RESPONSE TEAM, (CERT); | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## **ORDER**

AND NOW, this 13th day of March, 2019, after consideration of the motion for summary judgment pursuant to Federal Rule of Civil Procedure 56 (ECF No. 182) filed by Robin DeVaughn, Maria Beth Long and Carla Ivan (collectively "Medical Defendants"),

IT IS HEREBY ORDERED that for the reasons set forth in the accompanying Memorandum Opinion, said motion is **GRANTED**.

By the Court:

s/ Cynthia Reed Eddy
Cynthia Reed Eddy
Chief United States Magistrate Judge

1

cc: ANTRON TALLEY
GU 9829
SCI Forest
P.O. Box 945
Marienville, PA 16239