IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

ANTRON TALLEY,                          )
                                        )
                    Plaintiff,          )            2:14-CV-01411-CRE
                                        )
        vs.                             )
                                        )
MR. ORLANDO H. HARPER, WARDEN;          )
MR.  EMERICK, DEPUTY WARDEN;            )
MRS. ROBIN DEVAUGHN, MEDICAL            )
SUPER.; MARIA BETH LONG, NURSE;         )
MRS. CARLA IVAN, NURSE; MR.             )
RUBBLE, SERGEANT; MR.  RAIBLE,          )
(CERT) SGT.; MR.  ARLOTTA,              )
CORRECTION OFF.; MR.  BROJOVICH,        )
CORRECTION OFF.; MR.  ZOLLER,           )
CORRECTION OFF.; MR.  BUTLER,           )
CORRECTION OFF.; AND                    )
CORRECTION'S EMERGENCY                  )
RESPONSE TEAM, (CERT);                  )
                                        )
                    Defendants.         )

**<u>ORDER</u>**

AND NOW, this 13th day of March, 2019, after consideration of the motion for summary

judgment pursuant to Federal Rule of Civil Procedure 56 (ECF No. 187) filed by the Corrections

Defendants,

IT IS HEREBY ORDERED that for the reasons set forth in the accompanying

Memorandum Opinion, said motion is **GRANTED** in part and **DENIED** in part.

IT IS FURTHER ORDERED that Plaintiff shall substitute the unnamed John Doe

Defendants of the CERT Team by **April 1, 2019** or the claims against those individuals will be

dismissed with prejudice.

By the Court:

<u>s/ Cynthia Reed Eddy</u>
Cynthia Reed Eddy
Chief United States Magistrate Judge

cc:    ANTRON TALLEY
        GU 9829
        SCI Forest
        P.O. Box 945
        Marienville, PA 16239