Should defendant Butler be listed under Question 4 instead of Question 1 on the verdict form?

His name is not listed under the specific situations of excessive force on Page 24 of the jury instructions, but is listed on Page 26 specific situations of conditions of confinement.

D.J. Walker
Foreperson