IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | | |
|---|---|---|
| ANTRON TALLEY, | ) | |
| | ) | |
| Plaintiff, | ) | 2:14-CV-01411-CRE |
| | ) | |
| vs. | ) | |
| | ) | |
| MR. ORLANDO H. HARPER, WARDEN; MR. EMERICK, DEPUTY WARDEN; MR. RUBBLE, SERGEANT; MR. RAIBLE, (CERT) SGT.; MR. ARLOTTA, CORRECTION OFF.; MR. BROJOVICH, CORRECTION OFF.; MR. ZOLLER, CORRECTION OFF.; MR. BUTLER, CORRECTION OFF.; CORRECTION'S EMERGENCY RESPONSE TEAM, (CERT); CORRECTION OFFICER WORRAL, CERT TEAM MEMBER; CORRECTION OFFICER DUNHAM, CERT TEAM MEMBER; CORRECTION OFFICER WAGNER, CERT TEAM MEMBER; CORRECTION OFFICER NEYMAN, CERT TEAM MEMBER; AND CORRECTION OFFICER DEVLIN, CERT TEAM MEMBER; | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants, | ) | |

## VERDICT FORM

**QUESTION 1:**

Do you find that plaintiff Antron Talley proved by a preponderance of the evidence that any of the following defendant(s) violated plaintiff Antron Talley's Fourteenth Amendment due process rights against excessive force?

| | | |
|---|---|---|
| Arlotta | Yes _____ | No __X__ |
| Rubble | Yes _____ | No __X__ |
| Raible | Yes _____ | No __X__ |
| Worral | Yes _____ | No __X__ |

1

| | | | |
|---|---|---|---|
| Dunham | Yes _____ | No | X |
| Wagner | Yes _____ | No | X |
| Neyman | Yes _____ | No | X |
| Devlin | Yes _____ | No | X |

**If you answered "NO" to <u>all</u> defendants in Question 1, please skip Questions 2 and 3 and proceed to Question 4.**

**If you answered "YES" to <u>any</u> defendant in Question 1, please enter the nominal damages amount of $1.00 below against that defendant and proceed to Question 2.**

Arlotta     $ _____

Rubble      $ _____

Raible      $ _____

Worrall     $ _____

Dunham      $ _____

Wagner      $ _____

Neyman      $ _____

Devlin      $ _____

**QUESTION 2:**

      For any of the defendants that you answered "YES" to at Question 1, do you find that any of these defendants acted maliciously and wantonly in violating plaintiff Antron Talley's Fourteenth Amendment due process rights against excessive force?

| | | |
|---|---|---|
| Arlotta | Yes _____ | No _____ |
| Rubble | Yes _____ | No _____ |
| Raible | Yes _____ | No _____ |
| Worrall | Yes _____ | No _____ |
| Dunham | Yes _____ | No _____ |
| Wagner | Yes _____ | No _____ |
| Neyman | Yes _____ | No _____ |
| Devlin | Yes _____ | No _____ |

**If you answered "NO" for <u>all</u> of the Defendants in Question 2, please proceed to Question 4.**

**If you answered "YES" to <u>any</u> defendant in Question 2, please proceed to Question 3.**

**QUESTION 3:**

     For any of the defendants you answered "YES" to in Question 2, in what amount, if any, do you award punitive damages?

| | |
|---|---|
| Arlotta | $ _____ |
| Rubble | $ _____ |
| Raible | $ _____ |
| Worrall | $ _____ |
| Dunham | $ _____ |
| Wagner | $ _____ |
| Neyman | $ _____ |
| Devlin | $ _____ |

                                           **Please proceed to Question 4.**

**QUESTION 4:**

Do you find that Plaintiff Antron Talley proved by a preponderance of the evidence that any of the following Defendant(s) violated Plaintiff Antron Talley's Fourteenth Amendment due process rights related to his conditions of confinement?

Butler          Yes _____          No __X__

Brojovich     Yes _____          No __X__

Zoller          Yes _____          No __X__


**If you answered "NO" to <u>all</u> defendants in Question 4, please skip Questions 5 and 6 and proceed to Question 7.**

**If you answered "YES" to <u>any</u> defendant in Question 4, please enter the nominal damages amount of $1.00 below against that defendant and proceed to Question 5.**

Butler          $ _____

Brojovich     $ _____

Zoller          $ _____

5

**QUESTION 5:**

For any of the defendants that you answered "YES" to at Question 4, do you find that any of these defendants acted maliciously and wantonly in violating plaintiff Antron Talley's Fourteenth Amendment due process rights related to his conditions of confinement?

Butler          Yes _____          No _____

Brojovich       Yes _____          No _____

Zoller          Yes _____          No _____

**If you answered "NO" for <u>all</u> of the defendants in Question 5, skip Question 6 and please proceed to Question 7.**

**If you answered "YES" to <u>any</u> defendant in Question 5, please proceed to Question 6.**

**QUESTION 6:**

    For any of the defendants you answered "YES" to in Question 5, in what amount, if any, do you award punitive damages?

Butler        $ _____

Brojovich    $ _____

Zoller        $ _____

                                        **Please proceed to Question 7.**

**QUESTION 7:**

Do you find that plaintiff Antron Talley proved by a preponderance of the evidence that any of the following defendant(s) violated plaintiff Antron Talley's procedural due process rights in violation of the Fourteenth Amendment?

Orlando Harper        Yes _____        No __X__

Emerick              Yes _____        No __X__

**If you answered "NO" to <u>all</u> defendants in Question 7, you have completed your deliberations.  Please sign the Verdict Form and notify the Bailiff that you have reached a verdict.**

**If you answered "YES" to <u>any</u> defendant in Question 7, please enter the nominal damages amount of $1.00 below against that defendant and proceed to Question 8.**

Orlando Harper        $ _____

Emerick              $ _____

**QUESTION 8:**

      For any of the defendants that you answered "YES" to at Question 7, do you find that any of these defendants acted maliciously and wantonly in violating plaintiff Antron Talley's Fourteenth Amendment procedural due process rights?

Orlando Harper      Yes _____      No _____

Emerick      Yes _____      No _____

**If you answered "NO" to <u>all</u> defendants in Question 8, you have completed your deliberations.  Please sign the verdict form and notify the Bailiff that you have reached a verdict.**

**If you answered "YES" to <u>any</u> defendant in Question 8, please proceed to Question 9.**

**QUESTION 9:**

      For any of the defendants you answered "YES" to in Question 8, in what amount, if any, do you award punitive damages?

Orlando Harper      $ _____

Emerick      $ _____

      **You have completed the verdict form. Please sign and date the verdict form and notify the Bailiff that your deliberations are complete.**

Unanimously agreed to by we, the undersigned jurors, on this the __15th__ day of January, 2020.

_[signature]_                        _[signature] DelaanJean Brochetti_
Foreperson

_[signature] Deborah A. Minus Rogan_     _[signature] Carolyn Ferguson_

_[signature]_                          _[signature]_

_[signature]_